UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.: 19CR1615-LAB |
|---|---|
| Plaintiff, | Hon. Larry Alan Burns<br>Courtroom 14A |
| v. | |
| JOSE REYNALDO MARTINEZ-GRANDE, JESSICA MARIE RAMIREZ, | ORDER TO CONTINUE MOTION HEARING/TRIAL SETTING |
| Defendants. | |

UNOPPOSED MOTION HAVING BEEN FILED, and GOOD CAUSE appearing, IT IS HEREBY ORDERED that the Motion Hearing/Trial Setting currently set for June 25, 2019, is continued to July 2, 2019, at 2:00 p.m., as to all parties

The parties further agree that time should be excluded because motions are pending. The parties move for a continuance and to exclude time under the Speedy Trial Act. The parties agree the period of delay excluded spans from the filing of this joint motion, U.S.C. § 3161(h)(1)(D), until the new date for the hearing.

SO ORDERED.

DATED: June 24, 2019  By: *Larry A. Burns*

HON. LARRY ALAN BURNS
Chief United States District Judge