UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSE REYNALDO MARTINEZ-GRANDE,<br>JESSICA MARIE RAMIREZ,<br><br>    Defendants. | No. CR 19-1615-LAB<br><br>ORDER CONTINUING MOTIONS HEARING AND SPEEDY TRIAL FINDINGS |

Good cause having been shown, the motions hearings are continued to July 15, 2019 at 2:30 p.m. Further, the time period of June 25, 2019 to July 15, 2019, inclusive, should be excluded pursuant to 18 U.S.C. §§ 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), (h)(7)(B)(ii), and (B)(iv) because the requested continuance results from a continuance granted by the Court on the basis of the Court's finding that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendants in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny

defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

**IT IS SO ORDERED.**

Dated: June 27, 2019

HONORABLE LARRY ALAN BURNS
Chief United States District Judge